FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 OCT 18 PM 1:42

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:18-cr-492-T-27-JSS

18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)

DONALD DUSSELL, a/k/a
"DINO,"
BREANNA KNIGHTS, and
ANDRE MAYTUM

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about December 7, 2017, in the Middle District of Florida, the defendant,

DONALD DUSSELL, a/k/a/ "DINO,"

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including **Distribution of Marijuana**, on or about March 8, 2005, did knowingly possess, in and affecting foreign commerce, a firearm, that is, a Glock pistol.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about December 7, 2017, in the Middle District of Florida, the defendant,

BREANNA KNIGHTS,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about February 8, 2018, in the Middle District of Florida, the defendant,

DONALD DUSSELL, a/k/a/ "DINO,"

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including **Distribution of Marijuana**, on or about March 8, 2005, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Ruger revolver.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT FOUR

On or about March 15, 2018, in the Middle District of Florida, the defendant,

DONALD DUSSELL, a/k/a/ "DINO,"

having been previously convicted in any court of a crime punishable by

imprisonment for a term exceeding one year, including **Distribution of Marijuana**, on or about March 8, 2005, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a 12-gauge Winchester shotgun.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

### COUNT FIVE

On or about March 22, 2018, in the Middle District of Florida, the defendant,

DONALD DUSSELL, a/k/a/ "DINO,"

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including **Distribution of Marijuana**, on or about March 8, 2005, and the defendant,

ANDRE MAYTUM,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Grand Theft**, on or about May 2, 2006;

2. **Grand Theft Motor Vehicle**, on or about May 24, 2006;

3. **Driving While License Suspended, Habitual Offender**, on or about January 28, 2008;

4. **Scheme to Defraud**, on or about January 19, 2016;

5. **Fraudulent Use of Credit Card**, on or about January 19, 2016; and

3

6. **Grand Theft**, on or about January 19, 2016,

did knowingly possess, in and affecting interstate commerce, firearms that is, a 12-gauge Winchester shotgun, a Hi-Point pistol, and a Smith and Wesson revolver, and did aid and abet the same.

In violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), and 2.

## COUNT SIX

On or about May 10, 2018, in the Middle District of Florida, the defendant,

DONALD DUSSELL, a/k/a/ "DINO,"

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including **Distribution of Marijuana**, on or about March 8, 2005, did knowingly possess, in and affecting interstate commerce, firearms and ammunition, that is, a 12-gauge Mossburg shotgun, a Bushmaster pistol, and approximately 195 rounds of ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT SEVEN

On or about May 10, 2018, in the Middle District of Florida, the defendant,

BREANNA KNIGHTS,

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT

On or about June 21, 2018, in the Middle District of Florida, the defendant,

DONALD DUSSELL, a/k/a/ "DINO,"

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including **Distribution of Marijuana**, on or about March 8, 2005, did knowingly possess, in and affecting interstate commerce, firearms and ammunition, that is, a Smith and Wesson revolver and approximately 22 rounds of ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT NINE

On or about July 12, 2018, in the Middle District of Florida, the defendant,

DONALD DUSSELL, a/k/a/ "DINO,"

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including **Distribution of Marijuana**, on or about March 8, 2005, did knowingly possess, in and affecting interstate and foreign commerce, firearms and ammunition, that is, a Jimemez Arms pistol, a Tagfolio pistol, and approximately 77 rounds of ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT TEN

On or about July 12, 2018, in the Middle District of Florida, the defendant,

DONALD DUSSELL, a/k/a/ "DINO,"

did knowingly and intentionally distribute and possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing 5 grams or more of methamphetamine, its salts, its isomers, or salts of its isomers, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## COUNT ELEVEN

On or about August 15, 2018, in the Middle District of Florida, the

defendant,

DONALD DUSSELL, a/k/a/ "DINO,"

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including **Distribution of Marijuana**, on or about March 8, 2005, did knowingly possess, in and affecting interstate commerce, firearms and ammunition, that is, a Beretta pistol and approximately 4 rounds of ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FORFEITURE

1. The allegations contained in all Counts above are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and 21 U.S.C. § 853.

2. Upon conviction of a violation of 18 U.S.C. § 922(g), the defendants shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant, BREANNA KNIGHTS, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such

violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Natalie Hirt Adams
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

### DONALD DUSSELL, a/k/a "DINO," BREANNA KNIGHTS, and ANDRE MAYTUM

## INDICTMENT

Violations:   Title 18, United States Code, Section 922(g)(1)
Title 21, United States Code, Section 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 18th day of October, 2018.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Cases\Criminal Cases\D\Dussell, Donald_2018R0Pend_NHA\f_Indictment Back.docx