UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:18-cr-492-T-27AAS | **DATE:** January 7, 2020 |
| **HONORABLE JAMES D. WHITTEMORE** | **INTERPRETER:** N/A |
| | **LANGUAGE:** |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ANDRE MAYTUM**<br>(Custody) | **GOVERNMENT'S COUNSEL:**<br> Natalie Hirt Adams, AUSA<br><br>**DEFENDANT'S COUNSEL:**<br>Adam Nate, AFPD |
| **COURT REPORTER:** Lynann Nicely | **PROBATION OFFICER:** Dee Mosley |
| **TIME:** 10:33 A.M. – 10:53 A.M. | **TOTAL:** 20 Minutes |
| **DEPUTY CLERK:** Sonya Cohn | **COURTROOM:** 13B |

**PROCEEDINGS: CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES**

Counsel are identified for the record.

Government's counsel addresses the Court.

The defendant addresses the Court.

The defendant pled guilty to Count Five of the Indictment.

The guilty plea has been accepted and the Court has adjudged the defendant guilty of that offense.

For the reasons articulated on the record, the Court sentences the defendant as follows:

   Imprisonment:   **63 MONTHS**. The terms of imprisonment imposed by this judgment shall commence immediately and will therefore run partially concurrent with the defendant's terms of imprisonment pursuant to the judgments in, Pasco County Circuit Court, Docket Numbers 2018CF3961, 2018CF4306, and 2018CF4971.

   Supervised Release: **3 YEARS**

   Standard terms and conditions apply.

Special conditions:

1. The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

2. The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3. The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

4. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the Probation Officer. The defendant must submit to random drug testing not to exceed 104 tests per year.

Fine is waived.

Special Assessment: $100.00 to be paid immediately.

Court's recommendations to the Bureau of Prisons:
- Designation at Coleman, Florida
- Defendant should be allowed to participate in any opportunities that are available to him while incarcerated in the Bureau of Prisons, including RDAP program.

Court addresses Defendant's correspondence that was construed as a motion for modification of sentence requesting imprisonment run concurrent to state sentence (Doc. 121).

The defendant is advised of his right to appeal and to counsel on appeal.

The defendant, on the record, informs the Court that he is satisfied with the representation of his attorney.

The defendant is remanded to the custody of the U.S. Marshal to await designation by the Bureau of Prisons.

**GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING:**

| | |
|---|---|
| Total Offense Level | 19 |
| Criminal History Category: | VI |
| Imprisonment Range | 63 – 78 months |
| Supervised Release Range | 1-3 years |
| Restitution: | N/A |
| Fine Range | $10,000 - $100,000 |
| Special Assessment | $100.00 |