OCT 21 2026 PM12:24 FILED - USDC - FLMD - TPA

To WHOM it MAY Concern; 10/18/26

I'm writing this letter to the Judge I will Be standing In front of to Be sentenced for my violation of Supervised Release. Im not writing to make any excuses or give you Reasons for my Behavior or the mistakes I made while I was on supervised release. Ive Been Sober now for 137 days. I'm currently Incarcerated in Land O'lakes County Jail waiting for the U.S marshalls to pick me up to Be in front of you, I Just wanted to thank you, for your service, to not only keeping our streets safe, for bieng An Inspiration to others and for bieng a positive Role Model to others that get to meet you. I have set alot of reachable goals for myself when I am free to pursue my Barbering Carreer. I have a Job waiting for me at "The Original Barber Shop In N.P.R FL, I also plan on going to the Salvation Army Rehabilitation Center In tampa FL, to complete the program that I fell short of completing several Months Ago. your honor I am a 42 y/o single father, Christian Man, Grandfather, strongminded very eager MAN that Just wants to Be free after these last several years of Incarceration and loss of my Mother and other family members. I feel that Im still learning and growing But Im a Hardworker, Im a very strong willed Individual And I'm not a threat to my Community or to anyone for that matter. your Honor,

Ive Been In land o lakes County Jail now for #37 days on a 150 Day Sentence here for possesion of meth. would you Be open to giving me Credit for the time I Served here towards my Class C violation of Suprvised Release? I thank you for your time and all that you Have done In your years of Service. I Look forward to Speaking with you Soon. I except watever Judgement you give me and I will serve It with a positive attitude always learning, listening, Striving always to Be a Better. smarter young Man than I was yesterday. God Bless you your Honor, your Loved ones as well Thank you Again For your time And Attention.

Sincerely,

[signature]

ANDRE MAYTUM