ANDRE MAUTUM #3605488
20101 CENTRAL BLVD.
LAND O' LAKES FL, 34637

TAMPA FL 335
SAINT PETERSBURG FL
19 OCT 2026 PM 5 L

Dog Bite Awareness
#DogBiteAwareness

FOREVER USA PURPLE HEART 2019

Screened by
USMS

FEDERAL Courthouse
801. North FLORIDA AVE.
TAMPA FL, 33602

33602-384999

TBB 17377

Detention Center-General

Inmate Correspondence