AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RCVD USMS M/FL TAMPA 2025 AUG 26 PM4:02

United States of America
v.
Andre Maytum
*Defendant*

Case No. 8:18-cr-492-WFJ-CPT

OCT 30 2026 PM1:22 FILED - USDC - FLMD - TPA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Andre Maytum ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

See attached Petition.

Date: 8/26/25

Melanie Bowman
*Issuing officer's signature* Melanie Bowman

City and state: Tampa, Florida

Elizabeth Warren, Clerk of Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/26/25 , and the person was arrested on *(date)* 10/30/2026
at *(city and state)* Tampa FL .

Date: 10/30/2026

[signature]
*Arresting officer's signature*

Matt Wiggins
*Printed name and title*