UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

The Honorable Lindsay S. Griffin
Courtroom 12A

UNITED STATES OF AMERICA v. ANDRE MAYTUM
8:18-cr-492-WFJ-CPT

| | |
|---|---|
| **Date**: November 4, 2026 | **Court Reporter**: **Digital** |
| | **Interpreter**: N/A |
| **Time**: 2:15 PM–2:18 PM<br>**Total**: 3 min | **Deputy Clerk**: Amanda Craig |
| | |
| **Government Counsel** | **Defense Counsel** |
| Samantha Newman AUSA | Adam Allen AFPD |

**Initial Appearance: Violation of Supervised Release**

Defendant provided a copy of the Petition.
Arrest Date: 10/30/2026.
Court advises Defendant of rights and alleged violations.
Proceedings conducted pursuant to Rule 32.1.
Financial Affidavit submitted for approval. Court finds that Defendant qualifies for the appointment of counsel. AFPD appointed for all further proceedings.
Preliminary hearing waived.
Government moves for detention.
Defendant does not contest detention at this time.
Court orders Defendant detained pending final revocation hearing. If circumstances warrant, counsel may revisit the issue of detention upon the filing of an appropriate motion.
Report and Recommendation to be entered.
Final Revocation hearing to be set before the District Judge.
Defendant remanded to custody of USMS.