**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No.: 8:18-cr-492-WFJ-CPT

ANDRE MAYTUM,

Defendant.
___________________________________/

# DETENTION ORDER

The defendant appeared today on a petition alleging that he violated the conditions of his supervised release. Rule 32.1(a)(6), Federal Rules of Criminal Procedure, requires "clear and convincing evidence that [the defendant] will not flee or pose a danger to any other person or to the community[.]" 18 U.S.C. § 3143(a)(1). Clear and convincing evidence is "proof that a claim is highly probable." *Nejad v. Attorney General*, 830 F.3d 1280, 1289 (11th Cir. 2016); *United States v. Smith*, 337 F.R.D. 366, 370 (N.D. Fla. 2020). Because the defendant failed to satisfy his burden, I cannot release him under Section 3143(a)(1). Accordingly, I order the defendant **DETAINED** pending a final hearing.

**ORDERED** in Tampa, Florida on this 4th day of November, 2026.

LINDSAY S. GRIFFIN
United States Magistrate Judge