**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No.: 8:18-cr-492-WFJ-CPT

ANDRE MAYTUM,

Defendant.
_________________________________/

**REPORT OF PRELIMINARY**
**SUPERVISED RELEASE REVOCATION HEARING**

The defendant's initial appearance occurred today on a petition alleging that the defendant violated conditions of his supervised release. For the reasons stated at the hearing, the defendant failed to satisfy his burden for conditional release. FED. R. CRIM. P. 32.1(a)(6). Accordingly, by separate order, I am detaining the defendant pending a final revocation hearing before the district judge.

Based on my finding that the defendant should be detained, the defendant was entitled to a preliminary hearing on the alleged violations. FED. R. CRIM. P. 32.1(b)(1). He waived that right. Accordingly, I order (1) that the clerk schedule a final revocation hearing at the earliest time available on the district judge's calendar and (2) that both the United States and defendant exchange all tangible evidence which either side intends to introduce at the hearing and exchange a list of witnesses no later than two days before the final supervised release revocation hearing.

**ORDERED** in Tampa, Florida, on this 4th day of November, 2026.

LINDSAY S. GRIFFIN
United States Magistrate Judge