**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 8:18-cr-00492-WFJ-CPT**

**ANDRE MAYTUM.**
**_______________________________/**

**UNOPPOSED MOTION TO CONTINUE**
**FINAL REVOCATION HEARING**

The Defendant, Andre Maytum, by and through undersigned counsel and pursuant to Local Rule 3.08, hereby moves this Honorable Court for a two weeks (14 days) continuance of the final revocation hearing currently set on November 20, 2026. In support of this motion, Mr. Maytum states:

1. Mr. Andre Maytum was arrested on October 30, 2026, as a result of a petition alleging that he violated the conditions of his supervised release. Doc. 216.

2. Mr. Maytum had his initial appearance before Honorable Lindsay S. Griffin, on November 4, 2026, whereafter he was ordered detained. Doc. 216.

3. The final revocation hearing in this case is scheduled for November 20, 2026, before Honorable Judge William F. Jung. Doc. 219.

4. This is the first continuance requested in this matter.

5. Defense seeks a continuance to complete evidence review with Mr. Maytum and to negotiate with the government.

6. Furthermore, defense counsel is on a preapproved training conference from November 16-20th and is unable to provide efficient representation at that time.

7. Undersigned counsel has conferred with Assistant United States Attorney Michael Kenneth standing in for Samantha Newman, who has advised government has no objection to the requested continuance.

8. Mr. Maytum is agreement with this motion.

**MEMORANDUM OF LAW**

Local Rule 3.08 provides that a party must timely move for a continuance and explain in detail the reason a continuance is warranted and the effort to resolve any scheduling conflict. It is respectfully submitted that the instant motion satisfies the criteria of the local rule. Further, this request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Andre Maytum, respectfully moves this Honorable Court to enter an Order rescheduling the final revocation hearing by two weeks (14 days).

DATED this 6th day of November 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Julia Seifer-Smith*
Julia Seifer-Smith,
Assistant Federal Defender
Florida Bar No. 86567
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: julia_seifer-smith@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of November 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Samantha Newman, AUSA

*/s/ Julia Seifer-Smith*
Julia Seifer-Smith,
Assistant Federal Public Defender